IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Baumgartner, Michael K | Case Number:  05 B 19333 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/29/08 | Filed:  5/13/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed:  June 6, 2008
Confirmed:  June 30, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,960.04 |  |
| Secured: |  | 508.74 |
| Unsecured: |  | 1,454.80 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,794.00 |
| Trustee Fee: |  | 202.46 |
| Other Funds: |  | 0.04 |
| Totals: | 3,960.04 | 3,960.04 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Richard E Sexner | Administrative | 1,794.00 | 1,794.00 |
| 2. | World Financial Network Nat'l | Secured | 508.74 | 508.74 |
| 3. | World Financial Network Nat'l | Unsecured | 43.00 | 64.08 |
| 4. | Marshall Field & Company | Unsecured | 45.05 | 67.16 |
| 5. | Target National Bank | Unsecured | 177.44 | 264.53 |
| 6. | RoundUp Funding LLC | Unsecured | 153.93 | 229.49 |
| 7. | RoundUp Funding LLC | Unsecured | 234.60 | 349.75 |
| 8. | World Financial Network Nat'l | Unsecured | 321.82 | 479.79 |
| 9. | Village Of Stickney | Unsecured |  | No Claim Filed |
| 10. | Lyons Police Department | Unsecured |  | No Claim Filed |
| 11. | Express | Unsecured |  | No Claim Filed |
| 12. | Charter One Bank | Unsecured |  | No Claim Filed |
| 13. | Comcast | Unsecured |  | No Claim Filed |
| 14. | GM Card | Unsecured |  | No Claim Filed |
| 15. | Family Medical Center Of Westchester | Unsecured |  | No Claim Filed |
| 16. | General Motors Acceptance Corp | Unsecured |  | No Claim Filed |
| 17. | Nextel Communications | Unsecured |  | No Claim Filed |
| 18. | Monogram Credit Card Bk Aka GE Money Bk | Unsecured |  | No Claim Filed |
| 19. | Retailers National Bank | Unsecured |  | No Claim Filed |
| 20. | Sherman Acquisition | Unsecured |  | No Claim Filed |
| 21. | AT&T | Unsecured |  | No Claim Filed |
| 22. | Commonwealth Edison | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 3,278.58 | $ 3,757.54 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Baumgartner, Michael K

Printed: 7/29/08

Case Number:  05 B 19333
Judge:  Wedoff, Eugene R
Filed:  5/13/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 11.87 |
| 5.5% | 50.35 |
| 5% | 8.69 |
| 4.8% | 16.64 |
| 5.4% | 114.91 |
|  | _____ |
|  | $ 202.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

